■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH E. LUNZ, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. — Appeal from a judgment of the Supreme Court at Special Term (Ford, J.), entered January 27, 1982 in Clinton County, which denied petitioner's application to renew a prior application for a writ of habeas corpus, which application was denied without a hearing. Judgment affirmed, without costs, on the opinion of Mr. Justice William L. Ford at Special Term. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.